UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRED NEKOUEE, individually,

    Plaintiff,

vs().    Case No. 4:18-cv-01915-RWS

GIOVANNI'S RESTAURANT, INC.,
a Missouri corporation,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant GIOVANNI'S RESTAURANT, INC. by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant GIOVANNI'S RESTAURANT, INC. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the Defendant has identified in its Answer another family entity, Gabriele Family, LLC, a Missouri limited liability company, that is the owner and operator of the subject restaurant. Each party to bear its own costs and attorney fees.

DATE: April 4, 2019

    Respectfully submitted,

    *s/Robert J. Vincze*
    Robert J. Vincze (MO # 37687)
    Law Offices of Robert J. Vincze
    PO Box 792
    Andover, Kansas 67002
    Phone: 303-204-8207
    Email: vinczelaw@att.net

    *Attorney for Plaintiff Fred Nekouee*

    and

*s/Neil J. Bruntrager*
Neil J. Bruntrager (MO #29688)
Charles H. Billings (MO #26789)
Bruntrager & Billings, P.C.
225 S. Meramec Ave., Suite 1200
Clayton, Missouri 63105
Phone: 314-646-0066
Email: njb@law-stl.com

*Attorneys for Defendant Giovanni's Restaurant, Inc.*
